■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. DAVID SINACORE-GUINN, Admitted May 5, 1984, at a Term of the Appellate Division, First Department. [783 NYS2d 278]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]